IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04cv345 |
| vs. | ) ) | ORDER |
| BETTCHER INDUSTRIES, INC., BETTCHER MANUFACTURING, INC., JOHN DOES I-X, and SKYLARK MEATS, INC., | ) ) ) ) ) | |
| Defendants. | ) | |

This case came before the court for a Rule 16 conference. Appearing telephonically were Robert Chaloupka and Ryan Sewell representing the plaintiffs, and Milt Katskee and Anne Heuer representing the Bettcher defendants. After discussion on the status of the case,

**IT IS ORDERED:**

1. The plaintiffs' oral motion to add parties is granted. Plaintiffs shall file and serve their amended complaint on or before **July 22, 2005.**

2. The Rule 16 planning conference is continued to **September 29, 2005 at 11:00 a.m.,** in the chambers of the undersigned magistrate judge. At least one day in advance, counsel who wish to participate by telephone should notify opposing counsel and then the court at (402) 661-7340.

Dated this 16th day of May 2005.

BY THE COURT:

S/ F.A. Gossett
United States Magistrate Judge