IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR JIMINEZ-CAMPUZANO, and STAFF MID-AMERICA, | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV345 |
| v. | ) ) ) | |
| BETTCHER INDUSTRIES, INC., BETTCHER MANUFACTURING, and JOHN DOES I-X, | ) ) ) ) | ORDER |
| Defendants. | ) ) | |

The Clerk's Office has requested that Document Number 60 be stricken from the record for the following reason:

- Duplicate document of number 59.

IT IS THEREFORE ORDERED that the Clerk's Office shall strike Document Number 60 from the record.

DATED this 3rd day of June, 2005.

BY THE COURT:

s/ Laurie Smith Camp
U.S. District Judge