# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, INC.,** | ) ) ) | |
| Plaintiffs, | ) ) | 8:04CV345 |
| vs. | ) ) | ORDER |
| **BETTCHER INDUSTRIES, INC., et al.,** | ) ) ) | |
| Defendants. | ) | |

Plaintiff asks that Filing No. 73 be stricken because it was filed without necessary exhibits.  Plaintiff has filed a corrected document.

**IT THEREFORE IS ORDERED** that plaintiff's Motion to Strike [77] is granted. The Clerk shall strike Filing No. 73 from the record.

**DATED July 22, 2005.**

BY THE COURT:

s/ F.A. Gossett
**United States Magistrate Judge**