# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| **VICTOR JIMINEZ-CAMPUZANO,** et al., | ) ) ) |
| Plaintiffs, | ) ) ) |
| v. | ) )   8:04CV345 |
| **BETTCHER INDUSTRIES, INC.,** et al., | ) )   **ORDER** ) ) |
| Defendants. | ) ) |

Plaintiff requests an extension of time to serve Summons on the new named defendants, Rosen's Diversified Inc. and Rosen Meat Group Inc.

For good cause shown,

**IT IS ORDERED** that plaintiff's Motion for Extension of Time (#86) is granted, and plaintiff is given an extension of time to **September 6, 2005** to serve Summons and the Amended Complaint on Rosen's Diversified Inc. and Rosen Meat Group Inc. Defendants may respond within the time allowed by Fed. R. Civ. P. 12(a) or 15(a), as applicable.

**DATED August 18, 2005.**

　　　　　　　　　　　　　　　　　　**BY THE COURT:**

　　　　　　　　　　　　　　　　　　s/ F.A. Gossett
　　　　　　　　　　　　　　　　　　**United States Magistrate Judge**