IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, ) ) ) Plaintiff, ) ) vs. ) ) BETTCHER INDUSTRIES, INC., ) et al., ) ) Defendants. ) | Case No. 8:04cv345 **ORDER** |

THIS MATTER came before the court for a Rule 16 planning conference. Appearing telephonically were A. Snyder, R. Sewell, M. Katskee, J. Frost, and A. Heuer. After reviewing the status of the case and by the agreement of counsel for the parties,

**IT IS ORDERED:**

1. The Rule 16 planning conference is continued and will be rescheduled, if necessary, following rulings on the Motion to Dismiss (93) and Motion for Summary Judgment (96).

Dated this 29th day of September 2005.

BY THE COURT:

s/ F. A. Gossett
United States Magistrate Judge