IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, INC., | ) ) ) | CASE NO. 8:04CV345 |
| Plaintiffs, | ) ) | |
| vs. | ) ) | ORDER |
| BETTCHER INDUSTRIES, INC., BETTCHER MANUFACTURING, LLC, ROSEN'S DIVERSIFIED, INC., and JOHN DOES I-X, | ) ) ) ) ) | |
| Defendants. | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to Respond to the motion to dismiss filed by defendants Rosen's Diversified's and Rosen's Meat Group. (Filing No. 95). Those defendants do not oppose the motion (Filing No. 101). Plaintiff also seeks an extension of time to respond to the motion for summary judgment filed by Bettcher Industries, Inc. (Filing No. 102). The motion states that Bettcher Industries does not oppose the motion. Accordingly, the motions will be granted.

IT IS ORDERED:

Plaintiff's motions to extend the time in which to respond to outstanding motions (Filing Nos. 95 and 102) are granted as follows:

a.  Plaintiff shall respond to the motion to dismiss filed by Rosen's Diversified and Rosen's Meat Group on or before October 19, 2005; and

b.  Plaintiff shall respond to the motion for summary judgment filed by Bettcher Industries, Inc. on or before November 10, 2005.

Dated this 30th day of September, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge