# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, INC.,** | ) ) ) | |
| **Plaintiffs,** | ) ) | **8:04CV345** |
| vs. | ) ) | **ORDER** |
| **BETTCHER INDUSTRIES, INC., et al.,** | ) ) ) ) | |
| **Defendants.** | ) | |

Plaintiff has filed a motion to strike Filing No. 106 because the document was filed erroneously without part of an attached exhibit. Plaintiff has re-filed the document at Filing No. 108.

**IT THEREFORE IS ORDERED** that plaintiff's motion (Filing 107) is granted, and Filing No. 106 is stricken from the record.

**DATED October 20, 2005.**

                                      **BY THE COURT:**

                                      **s/ F.A. Gossett**
                                      **United States Magistrate Judge**