IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, INC.,** | ) ) ) | **CASE NO. 8:04CV345** |
| **Plaintiffs,** | ) ) ) | |
| vs. | ) ) | **ORDER** |
| **BETTCHER INDUSTRIES, INC., ROSEN'S DIVERSIFIED, INC., ROSEN'S MEAT GROUP, and JOHN DOES I-X,** | ) ) ) ) ) | |
| **Defendants.** | ) ) | |

This matter is before the Court on Defendants Rosen's Diversified, Inc. ("Rosen's") and Rosen's Meat Group, Inc.'s ("Meat Group") motion for an extension of time to file a Reply in further support of their Motion to Dismiss the First Amended Complaint based on the statute of limitations, and for an extension of time to respond to Plaintiffs' Motion for Leave to File a Second Amended Complaint.

Rosen's and Meat Group request an extension of time of five business days from the date their counsel receives a legible copy of the Plaintiff's certified birth certificate. The Defendants represent that the Plaintiffs do not oppose the motion. Accordingly, the motion will be granted.

IT IS ORDERED:

Defendants Rosen's and Meat Group shall file the documents identified below **on the earlier of** a) five business days after the date their counsel receive a legible copy of the Plaintiff's birth certificate, or b) on or before November 11, 2005. The documents are:

1. Defendants Rosen's and Meat Group's Reply in support of their Motion to Dismiss; and,

2. Defendants Rosen's and Meat Group's responses to Plaintiff's Motion for Leave to file a Second Amended Complaint.

Dated this 26th day of October, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge