# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICTOR JIMINEZ-CAMPUZANO and STAFF MID-AMERICA, INC.,** | ) ) ) | **CASE NO. 8:04CV345** |
| **Plaintiffs,** | ) ) | |
| vs. | ) ) | **ORDER** |
| **BETTCHER INDUSTRIES, INC., ROSEN'S DIVERSIFIED, INC., ROSEN'S MEAT GROUP, and JOHN DOES I-X,** | ) ) ) ) ) | |
| **Defendants.** | ) | |

This matter is before the Court on the Plaintiff's Motion for an Extension of Time to Respond to Defendant Bettcher Industries, Inc.'s Motion for Summary Judgment. The motion was filed on October 26, 2005. No objection to the motion has been filed. Accordingly,

IT IS ORDERED:

1. Plaintiff's Motion for an Extension of Time to respond to Defendant Bettcher Industries motion for summary judgment (Filing No. 111) is granted;

2. Plaintiff shall respond to the motion for summary judgment filed by Bettcher Industries, Inc. on or before November 30, 2005; and

3. Bettcher Industries may file a reply brief on or before Wednesday, December 7, 2005.

Dated this 7th day of November, 2005.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge