# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| **VICTOR JIMINEZ-CAMPUZANO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | **8:04CV345** |
| vs. | ) | |
| | ) | **ORDER** |
| **BETTCHER INDUSTRIES, INC., et al.,** | ) | |
| | ) | |
| **Defendants.** | ) | |

This matter is before the court on the "Notice of Withdrawal" (#126) filed by Attorney Anne Christine Heuer. The court construes the notice as a motion for leave to withdraw as defense counsel. *See* NEGenR 1.3(f). The record shows the defendant continues to be represented by other counsel.

**IT THEREFORE IS ORDERED** that the Notice of Withdrawal (#126), construed as a motion for leave to withdraw, is granted. The Clerk shall terminate the appearance of Anne Christine Heuer as counsel for Bettcher Industries, Inc.

**DATED January 24, 2006.**

        **BY THE COURT:**

        **s/ F.A. Gossett**
        **United States Magistrate Judge**