**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| **VICTOR JIMINEZ-CAMPUZANO** | ) | **CASE NO. 8:04CV345** |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| vs. | ) | **JUDGMENT UNDER RULE 54(b)** |
| | ) | **TERMINATING ACTION AS TO** |
| **ROSEN'S DIVERSIFIED, INC.,** | ) | **BETTCHER INDUSTRIES, INC.** |
| **ROSEN'S MEAT GROUP, and JOHN** | ) | |
| **DOES I-X,** | ) | |
| | ) | |
| **Defendants.** | ) | |

Pursuant to this Court's Memorandum and Order granting Summary Judgment in favor of Defendant Bettcher Industries, Inc. (Filing No. 131), and this Court's Order of this date, granting Defendant Bettcher Industries, Inc.'s Motion Pursuant to Fed. R. Civ. P. 54(b), (Filing No. 139), the Court finds that there is no just reason for delay in the entry of judgment, and expressly directs that judgment is entered and this action is terminated with respect to the Defendant Bettcher Industries, Inc., pursuant to Fed. R. Civ. P. 54(b).

The Plaintiff Victor Jiminez-Campuzano and Defendant Bettcher Industries, Inc., shall each bear their own costs. The action will proceed with respect to the remaining Defendants.

DATED this 16th day of February, 2006.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge