IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR JIMINEZ-CAMPUZANO, | ) | Case No. 8:04CV345 |
| Plaintiff, | ) ) ) | |
| vs. | ) ) | **ORDER** |
| ROSEN'S MEAT GROUP, et al., | ) ) | |
| Defendant. | ) | |

Upon notice of settlement given to the magistrate judge by the office of Robert Chaloupka, counsel for Plaintiff,

**IT IS ORDERED:**

1. On or before **July 20, 2007,** the parties shall electronically file a joint stipulation for dismissal (or other dispositive stipulation) and shall submit to District Judge Laurie Smith Camp, at smithcamp@ned.uscourts.gov, a draft order which will fully dispose of the case;

2. Absent compliance with this order, this case (including all counterclaims and the like) may be dismissed without further notice; and

3. The final pretrial conference set for July 23, 2007, is cancelled upon the representation that this case is settled.

Dated this 21st day of June 2007.

BY THE COURT:

s/ F.A. Gossett
United States Magistrate Judge