IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| VICTOR JIMINEZ-CAMPUZANO, | ) | CASE NO. 8:04CV345 |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| ROSEN'S DIVERSIFIED, INC., A corporation, ROSEN'S MEAT GROUP, INC., A corporation, and JOHN DOES I-X, | ) ) ) | ORDER OF DISMISSAL |
| | ) | |
| | ) | |
| Defendants and Third-Party Plaintiffs, | ) ) | |
| | ) | |
| v. | ) | |
| | ) | |
| STAFF MID-AMERICA, INC., | ) | |
| | ) | |
| Third-Party Defendant. | ) | |

This matter is before the Court on the Plaintiff's Notice of Case Dismissal and the Defendants' and Third-Party Plaintiffs' Notice of Dismissal with Prejudice.  The notices comply with the requirements of Fed. R. Civ. P. 41(a), and they are approved.  Accordingly,

IT IS ORDERED:

1.     The Plaintiff's Notice of Case Dismissal (Filing No. 173) and the Defendants' and Third-Party Plaintiffs' Notice of Dismissal with Prejudice (Filing No. 174) are approved, and the relief requested therein shall be granted;

2.     The Second Amended Complaint (Filing No. 124), the Third-Party Complaint (Filing No. 150), and all claims in this action are dismissed with prejudice; and

3.     The parties will pay their own costs and attorney fees unless otherwise agreed in writing by and between them

DATED this 9th day of July, 2007.

BY THE COURT:

s/Laurie Smith Camp
United States District Judge
